AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL RHYNE | ) Case No. 24-12241 | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Daniel Rhyne                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Extortion in Relation to a Threat to Cause Damage to a Protected Computer (18 USC §§ 1030(a)(7)(A) and (c)(3)(A)); Intentional Damage to a Protected Computer (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)); and Wire Fraud (18 U.S.C. § 1343)

Date:   08/08/2024                           *James B. Clark, JdJd*
                                                    *Issuing officer's signature*

City and state:   District of New Jersey             The Honorable James B. Clark, III, U.S.M.J.
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/8/24, and the person was arrested on *(date)* 8/27/24
at *(city and state)* Kansas City, MO.

Date:  8/27/24                              *[signature]*
                                                    *Arresting officer's signature*

                                                    Jason Roberts Dugn
                                                    *Printed name and title*