# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Newark, NJ


UNITED STATES OF AMERICA

       Plaintiff,

v.             Case No.: 2:24−mj−12241−JBC

            Magistrate Judge James B. Clark

DANIEL RHYNE

       Defendant.


## ORDER


  Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 9/10/24, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


           s/ Magistrate Judge Leda D. Wettre
          _____

             United States Magistrate Judge