UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :       Mag. No.: 24-12241

v.                                :

DANIEL RHYNE                      :       SUBSTITUTION OF ATTORNEY


PLEASE TAKE NOTICE that John Giordano, United States Attorney for the

District of New Jersey, has reassigned the above-captioned matter to

Ingrid Eicher, Assistant United States Attorney (ingrid.eicher@usdoj.gov), in

substitution for Dong Joo Lee, who previously appeared in this matter.


JOHN GIORDANO
United States Attorney


By:  Ingrid Eicher
Assistant United States Attorney


Dated: March 11, 2025